IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING and TRUST CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  2:10cv909-CSC |
| ) | |
| CJJ, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

The court having been informed that this case is now settled, it is the

ORDER, JUDGMENT and DECREE of the court that this lawsuit be and is hereby DISMISSED in its entirety with prejudice, with the parties to bear their own costs and with leave to any party, within 90 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 90 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 24th day of October, 2011.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE